USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAY BRADSHAW,

                Plaintiff,

– against –

CITY OF NEW YORK, OFFICER WILLIAMS, SHIELD NO. #10349, OFFICER MARTINEZ, SHIELD NO. #18254, CAPTAIN JAMES SPRINGER SHIELD NO. #1422, OFFICER JAMES, SHIELD NO. #17597, OFFICER DEAN, and CAPTAIN JOHN DOE,

                Defendants.

**ORDER**
18 Civ. 8215 (ER)

Ramos, D.J.:

The Court is in receipt of Bradshaw's letter of November 18, 2019. Doc. 42. He asks, in light of the Court's June 17, 2019 Order, Doc. 40, whether he must still pay the $400 filing fee for this action and by when he must do so.

In the June Order, "[t]he Court revok[ed] its previous determination permitting Plaintiff to proceed *in forma pauperis* and grant[ed] Defendants' motion to dismiss, unless, within 30 days from the date this Decision and Order is docketed, Plaintiff pays the requisite filing fee, which at the time his complaint was originally filed was $400.00." Doc. 40 at 7. Bradshaw did not pay the filing fee within 30 days of the June 17 order. His request to pay now, over 160 days after the June Order, is tardy.

In accordance with its June Order, the Court therefore DISMISSES this case. The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff, as well as a copy of the Court's June Order, Doc, 40. The Clerk is further directed to terminate the case.

It is SO ORDERED.

Dated:   November 26, 2019
         New York, New York

_____
Edgardo Ramos, U.S.D.J.