UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAY BRADSHAW,

                Plaintiff,

*– against –*

CITY OF NEW YORK, OFFICER WILLIAMS, *Shield No. #10349*, OFFICER MARTINEZ, *Shield No. #18254*, CAPTAIN JAMES SPRINGER *Shield No. #1422*, OFFICER JAMES, *Shield No. #17597*, OFFICER DEAN, *and* CAPTAIN JOHN DOE,

                Defendants.

**ORDER**

18 Civ. 8215 (ER)

Ramos, D.J.:

The Court is in receipt of Bradshaw's letter of December 9, 2019. Doc. 44. In that letter he asks that his case be reopened in light of his recent payment of a $400 filing fee.

On June 17, 2019, the Court revoked Bradshaw's *in forma pauperis* status and directed him to pay a filing fee within 30 days or his action would be dismissed. Doc. 40. Bradshaw did not pay that fee, instead asking on November 18 whether and when he still needed to pay the $400 fee. Doc. 42. Because he had not obeyed the Court's order of June 17, the Court dismissed his action. Doc. 43.

Bradshaw has offered no good cause for disobeying the Court's order of June 17. Accordingly, his motion to reopen the matter is DENIED. The Clerk of Court is respectfully directed to mail a copy of this order, an updated docket sheet, the Court's November 18 order, Doc. 43, and the Court's June 17 Opinion & Order, Doc. 40 to the plaintiff. The Clerk is further

directed to return Bradshaw's $400 filing fee as processed on December 11, 2019, receipt number 465401250230.

It is SO ORDERED.

Dated: December 18, 2019
       New York, New York

                                              EDGARDO RAMOS, U.S.D.J.